The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEANNE SUCHODOLSKI,

                              Plaintiff,

v.

JOHN C. PHELAN[1], Secretary of the Navy,

                              Defendant.

Case No. 2:24-cv-00686-JNW

**STIPULATED MOTION AND ORDER FOR EXTENSION OF TRIAL DATE AND RELATED DATES**

Consolidated With:
Case No. 3:23-cv-05047-BHS

Noted for Consideration:
May 2, 2025

The parties hereby jointly STIPULATE AND AGREE to extend the following deadlines, which were set in the Court's September 3, 2024, Order Setting Trial Date and Related Dates (Dkt. 17), as set forth below:

| **Deadline** | **Current Date** (Case No. 2:24−cv−00686−JNW) | **Proposed Date** (Consolidated cases) |
|---|---|---|
| JURY TRIAL begins | September 15, 2025 | February 17, 2026 [or the Court's next available trial date] |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Acting Secretary of the Navy Terence Emmert for Secretary of the Navy John C. Phelan.

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TRIAL DATE AND RELATED DATES
[Case No. 2:24-cv-00686-JNW] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-7970

| All motions related to discovery must be filed by (*see* LCR 7(d)) | March 19, 2025 | August 20, 2025 |
|---|---|---|
| Discovery completed by | April 18, 2025 | September 19, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | May 19, 2025 | October 20, 2025 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | July 17, 2025 | December 18, 2025 |
| All motions in limine must be filed by (*see* LCR 7(d)) | August 6, 2025 | January 7, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | August 25, 2025 | January 26, 2026 |
| Agreed pretrial order due | August 25, 2025 | January 26, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | September 2, 2025 | February 3, 2026 |
| Pretrial conference | September 8, 2025 | February 9, 2026 |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Good cause exists to continue the trial and pretrial deadlines as set out above. As of April 30, 2025, this case has been consolidated with another related action, *Suchodolski v. Emmert*, 3:23-cv-05047-BHS ("*Suchodolski I*"). (Dkt. 26). The parties have been engaged in discovery motions practice in *Suchodolski I* which has necessitated an extension of discovery deadlines in both now-consolidated cases. Extending the above deadlines will allow the parties to complete discovery in the consolidated cases and prepare them for resolution— whether by mutual agreement, dispositive motion, or trial—in an orderly manner.

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TRIAL DATE AND RELATED DATES  [Case No.
2:24-cv-00686-JNW] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-7970

1    For the reasons set forth above, the parties believe that there is good cause for an

2    extension of the above-listed dates and respectfully request that the Court grant their motion.

3

4    DATED this 2nd day of May, 2025.

5    Respectfully submitted,

6    TEAL LUTHY MILLER                              ALAN LESCHT AND ASSOCIATES, P.C.
     Acting United States Attorney

7                                                   *s/ Victoria L. Watson*
                                                    VICTORIA L. WATSON*
8    *s/ Sean M. Arenson*
     SEAN M. ARENSON, WSBA No. 60465
                                                    *s/ Ari M. Wilkenfeld*
9    *s/ Alixandria K. Morris*                       ARI M. WILKENFELD*
     ALIXANDRIA K. MORRIS, TX No. 24095373          Alan Lescht and Associates, P.C.
10   Assistant United States Attorneys             1825 K Street, NW, Suite 750
     United States Attorney's Office               Washington, DC 20006
11   Western District of Washington                Email: victoria.watson@leschtlaw.com
     700 Stewart Street, Suite 5220                Email: ari.wilkenfeld@leschtlaw.com
12   Seattle, Washington 98101
     Phone: 206-553-7970                            *Admitted Pro Hac Vice*
13   Fax: 206-553-4067
     Email: sean.arenson@usdoj.gov                  *Attorneys for Plaintiff*
14   Email: alixandria.morris@usdoj.gov

15   *Attorneys for Defendant*

16   I certify that this memorandum contains 360
     words, in compliance with the Local Civil Rules.
17

18

19

20

21

22

23

24

1

**ORDER**

2          It is hereby ORDERED that the parties' motion is GRANTED. The new pretrial

3    deadlines are as follows:

4

| **Deadline** | **Date** |
|---|---|
| JURY TRIAL begins | February 17, 2026 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | August 21, 2025 |
| Discovery completed by | September 19, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | October 21, 2025 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | December 19, 2025 |
| All motions in limine must be filed by (*see* LCR 7(d)) | January 8, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | January 27, 2026 |
| Agreed pretrial order due | January 27, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | February 4, 2026 |
| Pretrial conference | February 10, 2026 |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19          DATED this 7th day of May, 2025.

20

21

22          JAMAL N. WHITEHEAD
            United States District Judge

23

24

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-7970