The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANNE SUCHODOLSKI,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN C. PHELAN, Secretary of the Navy,<br><br>                    Defendant. | Case No. 2:24-cv-00686-JNW<br><br>ORDER GRANTING STAY IN LIGHT OF LAPSE OF APPROPRIATIONS |

The Parties to this matter have filed a Stipulated Motion to Stay in Light of Lapse of Appropriations, in which the parties request that the Court enter a stay of proceedings in this case for the duration of the current federal lapse of appropriations. Such a stay is within the Court's discretion. For the reasons set forth in the Parties' Stipulated Motion, the Court finds good cause to stay the above captioned proceeding.

Accordingly, it is hereby ORDERED that the above captioned proceeding is stayed for the duration of the current lapse of appropriations. It is ORDERED that this stay be lifted automatically and immediately as soon as the lapse of appropriations has ended. It is further ORDERED that the parties confer within ten court days after the restoration of funding to determine whether either party believes an extension of the case deadlines is required. Should the parties agree an extension

ORDER GRANTING STAY IN LIGHT OF LAPSE OF
APPROPRIATIONS
[Case No. 2:24-cv-00686-JNW] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

is needed, they must submit a proposed order extending deadlines for the Court's consideration. If the parties disagree, they should submit a joint status report in which each party sets forth their position. If the parties agree no extension of the case deadlines is needed, the case deadlines will remain the same and the parties will not need to take any additional action with respect to the stay.

DATED this 14th day of October, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

Presented by:

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60456
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: sean.arenson@usdoj.gov
Email: alixandria.morris@usdoj.gov

*Attorneys for Defendant*


*s/ Victoria L. Watson*
VICTORIA L. WATSON*

*s/ Ari M. Wilkenfeld*
ARI M. WILKENFELD*
Alan Lescht and Associates, P.C.
1825 K Street, NW, Suite 750
Washington, DC 20006
Email: victoria.watson@leschtlaw.com
Email:  ari.wilkenfeld@leschtlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

ORDER GRANTING STAY IN LIGHT OF LAPSE OF APPROPRIATIONS
[Case No. 2:24-cv-00686-JNW] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970