1                                                       The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANNE SUCHODOLSKI,<br><br>                     Plaintiff,<br><br>     v.<br><br>JOHN C. PHELAN, Secretary of the Navy,<br><br>                     Defendant. | Case No. 2:24-cv-00686-JNW<br><br>PARTIES' JOINT STATUS REPORT; PARTIES' JOINT MOTION FOR EXTENSION OF THE CASE SCHEDULE; AND DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING |

      Pursuant to this Court's order (Dkt. 34), the parties hereby submit this Joint Status Report. The Court's Order (Dkt. 34) directs the parties to advise whether they believe an extension of the current case schedule is necessary. Both parties agree that an extension is warranted and have conferred to develop a mutually acceptable revised schedule, as set forth below.

      The parties therefore jointly STIPULATE and AGREE to extend the deadlines established in the Court's May 7, 2025, Order (Dkt. 28) ("the Order"). Under Federal Rule of Civil Procedure 16(b)(4), "[a case] schedule may be modified only for good cause and with the judge's consent." See also LCR 16(b)(6) (same). The decision to modify a scheduling order lies within the broad

PARTIES' JOINT STATUS REPORT; PARTIES' JOINT MOTION FOR EXTENSION OF THE CASE SCHEDULE; AND DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING
[Case No. 2:24-cv-00686-JNW] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

discretion of the district court. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992).

Good cause exists to amend the deadlines in the Order due to the 42-day federal lapse in appropriations and for the reasons previously set forth in the Government's Motion to Stay (Dkt. 33). Additionally, one of the United States' counsel, Sean Arenson, is currently on parental leave, with an anticipated return date of January 21, 2025, further supporting the need for the requested extensions.

Accordingly, the parties jointly and respectfully request that the Court extend the deadlines in the Order as set forth below:

| Case Event | Current Deadline (ECF No. 28) | Proposed Deadline |
|---|---|---|
| **BENCH TRIAL** | February 17, 2026 | TBD [A date convenient for the Court not earlier than May 18, 2026] |
| Defendant's dispositive motions[1] must be file by and Parties motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | October 21, 2025 | January 15, 2026 |
| Plaintiff's Opposition brief to Defendant's dispositive motions must be filed by | - | February 19, 2026 |
| Defendant's Reply brief must be filed by | - | March 5, 2026 |
| Settlement conference held no later than (See LCR 39.1(b)(5) if parties are interested in pro bono mediation) | December 19, 2025 | March 16, 2026 |
| All motions in limine must be filed by | January 8, 2026 | April 6, 2026 |

---

[1] Pursuant to section 5.8 of this Court's civil chambers procedures, parties have conferred regarding cross motions for summary judgment and whether a proposed briefing schedule is needed. Parties have confirmed that while Defendant intends to file a dispositive motion, Ms. Suchodolski does not intend to file a dispositive motion.

PARTIES' JOINT STATUS REPORT; PARTIES' JOINT MOTION FOR EXTENSION OF THE CASE SCHEDULE; AND DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING
[Case No. 2:24-cv-00686-JNW] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| | January 27, 2026 | April 27, 2026 |
|---|---|---|
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (see LCR 32(e)) | January 27, 2026 | April 27, 2026 |
| Agreed pretrial order due | January 27, 2026 | April 27, 2026 |
| Trial briefs, proposed findings of fact and conclusions of law by | February 4, 2026 | May 4, 2026 |
| Pretrial conference | February 10, 2026 | May 11, 2026 |

For the foregoing reasons, the parties respectfully request that the Court amend the case schedule as proposed in this motion.

Further, pursuant to LCR 7(f), Defendant respectfully requests—and Plaintiff does not oppose—leave to file an overlength dispositive motion not to exceed 12,600 words. The government also seeks leave to file an overlength Reply brief not to exceed 6,300 words. Under Local Rule 7(e)(3), a motion for summary judgment on a single case is limited to 8,400 words. Here, because the government intends to file a summary judgment motion covering Plaintiff's two consolidated cases, and it requests a fifty percent increase over the standard word limit. This additional length is necessary to address multiple arguments and numerous exhibits supporting the government's position on the claims in both cases. The government does not object to the Plaintiff filing an opposition brief of equal length. Accordingly, the United States respectfully requests that the Court permit: (1) 12,600 words for its dispositive motion, (2) 12,600 words for Plaintiff's opposition brief, and (3) 6,300 words for its reply brief.

A proposed order accompanies this motion.

//

//

PARTIES' JOINT STATUS REPORT; PARTIES' JOINT MOTION FOR EXTENSION OF THE CASE SCHEDULE; AND DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING
[Case No. 2:24-cv-00686-JNW] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 26th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | ALAN LESCHT AND ASSOCIATES, P.C. |
| *s/ Sean M. Arenson*<br>SEAN M. ARENSON, WSBA No. 60456 | *s/ Victoria L. Watson*<br>VICTORIA L. WATSON* |
| *s/ Alixandria K. Morris*<br>ALIXANDRIA K. MORRIS, TX No. 24095373<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: sean.arenson@usdoj.gov<br>Email: alixandria.morris@usdoj.gov | *s/ Kathryn Kelly*<br>KATHRYN KELLY*<br><br>*s/ Ari M. Wilkenfeld*<br>ARI M. WILKENFELD*<br>1825 K Street, NW, Suite 750<br>Washington, DC 20006<br>Email: victoria.watson@leschtlaw.com<br>Email: ari.wilkenfeld@leschtlaw.com<br>Email: kathryn.kelly@leschtlaw.com |
| *Attorneys for Defendant* | MARTINEZ, DIETRICH & ZARCONE |
| *I certify this memorandum contains 626 words, in compliance with Local Civil Rules.* | *s/ Jenny Foley*<br>JENNY FOLEY*<br>7881 W Charleston Boulevard, Suite 210<br>Las Vegas, NV 89117<br>Phone: 702-963-9448<br>Email: jennifer.foley@fredloya.com<br><br>*Admitted Pro Hac Vice<br><br>HKM EMPLOYMENT ATTORNEYS LLP<br><br>*/s/Daniel Kalish*<br>DANIEL KALISH, WSBA No. 65815<br>600 Stewart Street, Suite 901<br>Seattle, Washington 98101<br>Phone: 206-826-5354<br>Fax: 206-826-5354<br>Email: dkalish@hkm.com<br><br>*Attorneys for Plaintiff* |

PARTIES' JOINT STATUS REPORT; PARTIES' JOINT MOTION FOR EXTENSION OF THE CASE SCHEDULE; AND DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING
[Case No. 2:24-cv-00686-JNW] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

It is hereby **ORDERED** that the Parties' motion is **GRANTED**. The new deadlines are as follows:

| Deadline | New Deadline |
|---|---|
| **BENCH TRIAL** | May 26, 2026 |
| Defendant's dispositive motions and Parties motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | January 15, 2026 |
| Plaintiff's Opposition brief to Defendant's dispositive motions must be filed by | February 19, 2026 |
| Defendant's Reply brief must be filed by | March 5, 2026 |
| Settlement conference held no later than (See LCR 39.1(b)(5) if parties are interested in pro bono mediation) | March 16, 2026 |
| All motions in limine must be filed by | April 6, 2026 |
| Deposition Designations must be submitted by | April 27, 2026 |
| Agreed pretrial order due | April 27, 2026 |
| Trial briefs, proposed findings of fact and conclusions of law by | May 4, 2026 |
| Pretrial conference | May 11, 2026 |

The Court having reviewed the pleadings and materials in this case, it is hereby further **ORDERED** that: Defendant's Unopposed Motion for Leave to File Over-length Briefing is **GRANTED**. Defendant shall be permitted 12,600 words for its dispositive motion, Plaintiff shall be permitted 12,600 words for its response, and Defendant shall be permitted 6,300 words for its reply.

PARTIES' JOINT STATUS REPORT; PARTIES' JOINT MOTION FOR EXTENSION OF THE CASE SCHEDULE; AND DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING
[Case No. 2:24-cv-00686-JNW] - 5

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1    DATED this 3rd day of December, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

PARTIES' JOINT STATUS REPORT; PARTIES' JOINT MOTION FOR EXTENSION OF THE CASE SCHEDULE; AND DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING
[Case No. 2:24-cv-00686-JNW] - 6

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970