UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANNE SUCHODOLSKI, | CASE NO. 2:24-cv-00686-JNW |
| Plaintiff, | ORDER |
| v. | |
| JOHN C. PHELAN, Secretary of the Navy, | |
| Defendant. | |

The Parties' stipulated motion to extend the dispositive motions deadline comes before the Court. Dkt. No. 37. They ask to move the dispositive motions deadline from January 15, 2026, to February 25, 2026, without moving the trial date. *Id*. at 2. While there is good cause to extend the deadline, the requested six-week extension would result in dispositive motions becoming ripe too close to the trial date. Accordingly, the Court GRANTS the stipulated motion in part and extends the dispositive motions deadline from January 15, 2026, to January 30, 2026. Dkt. No. 37. If the Parties need more time, they must also request an extension of the trial date.

ORDER - 1

Dated this 13th day of January, 2026.

                                                                                 Jamal N. Whitehead
                                                                                 United States District Judge

ORDER - 2