The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEANNE SUCHODOLSKI,

                Plaintiff,

       v.

JOHN C. PHELAN, Secretary of the Navy,

                Defendant.

Case No. 2:24-cv-00686-JNW

STIPULATED MOTION AND
ORDER FOR EXTENSION OF TRIAL
DATE AND RELATED DATES

Noted for Consideration:
January 16, 2026

Pursuant to the Court's Order (Dkt. 38), the parties hereby jointly submit and STIPULATE and AGREE they need more time and respectfully request to extend the following deadlines, including the trial date. Under Federal Rule of Civil Procedure 16(b)(4), "[a case] schedule may be modified only for good cause and with the judge's consent." See also LCR 16(b)(6) (same). The decision to modify a scheduling order lies within the broad discretion of the district court. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992).

Good cause exists to amend the following deadlines in the Order for the reasons previously set forth in the parties' Motion for Extension of the Case Schedule (Dkt. 35), such being that one of the United States' counsel, is currently on parental leave, with an anticipated return date of January 21, 2025. Additionally, the U.S. Attorney's Office has experienced an unprecedented

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TRIAL DATE AND RELATED DATES
[Case No. 2:24-cv-00686-JNW] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

increase in emergency motions requiring immediate attention, further supporting the need for the requested extensions. Plaintiff's counsel will also be unavailable with trial and will require additional time beyond the corresponding extension for their response.

Accordingly, the parties jointly and respectfully request that the Court extend the following deadlines in the Order as set forth below:

| Case Event | Current Deadline (ECF No. 36 & 38) | Proposed Deadline |
|---|---|---|
| JURY TRIAL begins | May 26, 2026 | TBD [A date convenient for the Court not earlier than August 17, 2026] |
| Defendant's dispositive motions[1] must be filed by and Parties motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | January 30, 2026 | February 25, 2026 |
| Plaintiff's Opposition brief to Defendant's dispositive motions must be filed by | February 19, 2026 | April 1, 2026 |
| Defendant's Reply brief must be filed by | March 5, 2026 | April 15, 2026 |
| All motions in limine must be filed by | April 6, 2026 | July 10, 2026 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (see LCR 32(e)) | April 27, 2026 | July 14, 2026 |
| Agreed pretrial order due | April 27, 2026 | July 27, 2026 |
| Trial briefs, proposed findings of fact and conclusions of law by | May 4, 2026 | July 28, 2026 |
| Pretrial conference | May 11, 2026 | TBD |

---

[1] Pursuant to section 5.8 of this Court's civil chambers procedures, parties have conferred regarding cross motions for summary judgment and whether a proposed briefing schedule is needed. Parties have confirmed that while Defendant intends to file a dispositive motion, Ms. Suchodolski does not intend to file a dispositive motion.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TRIAL DATE AND RELATED DATES
[Case No. 2:24-cv-00686-JNW] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

For the foregoing reasons, the parties respectfully request that the Court amend the specific deadlines proposed in this motion.

A proposed order accompanies this motion.

DATED this 16th day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX No. 24095373

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60456
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: alixandria.morris@usdoj.gov
Email: sean.arenson@usdoj.gov

*Attorneys for Defendant*

*I certify this memorandum contains 434 words, in compliance with Local Civil Rules.*

ALAN LESCHT AND ASSOCIATES, P.C.

*s/ Victoria L. Watson*
VICTORIA L. WATSON*

*s/ Kathryn Kelly*
KATHRYN KELLY*

*s/ Ari M. Wilkenfeld*
ARI M. WILKENFELD*
1825 K Street, NW, Suite 750
Washington, DC 20006
Email: victoria.watson@leschtlaw.com
Email: ari.wilkenfeld@leschtlaw.com
Email: kathryn.kelly@leschtlaw.com

*\*Admitted Pro Hac Vice*

HKM EMPLOYMENT ATTORNEYS LLP

*/s/Daniel Kalish*
DANIEL KALISH, WSBA No. 65815
600 Stewart Street, Suite 901
Seattle, Washington 98101
Phone: 206-826-5354
Fax: 206-826-5354
Email: dkalish@hkm.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TRIAL DATE AND RELATED DATES
[Case No. 2:24-cv-00686-JNW] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

The Court having reviewed the pleadings and materials in this case, it is hereby **ORDERED** that the Parties' motion is **GRANTED**. The new deadlines are as follows:

| **Deadline** | **New Deadline** |
|---|---|
| JURY TRIAL begins | October 13, 2026 |
| Defendant's dispositive motions must be filed by and Parties motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | February 25, 2026 |
| Plaintiff's Opposition brief to Defendant's dispositive motions must be filed by | April 1, 2026 |
| Defendant's Reply brief must be filed by | April 15, 2026 |
| All motions in limine must be filed by | July 10, 2026 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (see LCR 32(e)) | July 14, 2026 |
| Agreed pretrial order due | July 27, 2026 |
| Trial briefs, proposed findings of fact and conclusions of law by | July 28, 2026 |
| Pretrial conference | October 6, 2026 at 1:30 P.M. |

DATED this 4th day of February, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TRIAL DATE AND RELATED DATES
[Case No. 2:24-cv-00686-JNW] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970